

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EL PASO COUNTY, TEXAS, | § | No. 08-19-00105-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 448th District Court |
| EL PASO COUNTY EMERGENCY DISTRICT NO. 1 and EL PASO COUNTY EMERGENCY DISTRICT NO. 2, | § | of El Paso County, Texas |
| | § | (TC# 2016DCV4705) |
| Appellee. | § | |

## **O R D E R**

The Court hereby resets the above-captioned cause for submission with oral argument to

the **9:00 A.M. timeslot on December 12, 2019** in the Courtroom of the Eighth Court of Appeals,

500 E. San Antonio, El Paso County Courthouse, Suite 1203, El Paso, Texas.

IT IS SO ORDERED this 9th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.